## MILAM v. STATE.

No. 26856.

Court of Criminal Appeals of Texas.

Feb. 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted as a second offender for the offense of unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor, and his punishment was assessed at a fine of $250.

The indictment and all other matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.